## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-cv-14368-AMC

| | |
|---|---|
| ASHLEY HARRIS, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>TRAVEL RESORTS OF AMERICA, INC.,<br><br>     Defendant. | <u>CLASS ACTION</u> |

## JOINT NOTICE REGARDING RESOLUTION OF
## ATTORNEY'S FEES RELATED TO MOTION TO REMAND

Plaintiff Ashley Harris and Defendant Travel Resorts of America, Inc. hereby notify the Court that the parties have met and conferred and have fully resolved the issue of an award of Plaintiff's attorney's fees associated with the Motion for Remand (DE 26).

Dated: April 21, 2021

Respectfully submitted,

By: /s/ Frank S. Hedin
     Frank S. Hedin

**HEDIN HALL LLP**
FRANK S. HEDIN (State Bar No. 109698)
1395 Brickell Ave, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinhall.com

*Counsel for Plaintiff and Putative Class*

   /s/ Nelson C. Bellido
     Nelson C. Bellido

**ROIG LAWYERS**
NELSON C. BELLIDO (State Bar No. 974048)
44 W. Flagler Street, Suite 2100
Miami, FL 33130
Telephone: (305) 405-0997

Pleadings@RoigLawyers.com
nbellido@roiglawyers.com

*Counsel for Defendant,*
*Travel Resorts of America, Inc.*